United States District Court
Southern District of Texas
**ENTERED**
February 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN CASAS, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. 4:18-cv-04444 |
| EQUIFAX INFORMATION SERVICES, LLC, VERIZON WIRELESS, and JEFFERSON CAPITAL SYSTEMS, LLC, | § § § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation of Plaintiff, Steven Casas, and Defendant, Jefferson Capital Systems, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action and all claims asserted by Plaintiff, Steven Casas, against Defendant, Jefferson Capital Systems, LLC, are dismissed with prejudice and with each party to bear its own costs and attorneys' fees. Plaintiff's claims against Defendants, Cellco Partnership d/b/a Verizon Wireless and Equifax Information Services, LLC, remain pending in this action.

Dated: Feb. 7, 2020

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE