IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN CASAS, individually and on behalf of all other similarly situated consumers,<br><br>    Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, VERZON WIRELESS, JEFFERSON CAPITAL SYSTEMS LLC,<br><br>    Defendants. | Case No.: 4:18-cv-4444<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE** |

Upon consideration of the Plaintiff's Motion to Enforce the Arbitration Subpoena issued by the Arbitrator, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Equifax Information Services LLC shall comply with the Subpoena within 60 days.

Dated this _____ of _____, 2021.

_____

Hon. Ewing Werlein, Jr., USDJ