# EXHIBIT 2

AMERICAN ARBITRATION ASSOCIATION

| | | |
|---|---|---|
| STEVE CASAS, | ) | Case No.: 01-19-0004-1115 |
| Claimant, | ) ) ) | |
| vs. | ) ) | **SUBPOENA TO TESTIFY AND PRODUCE DOCUMENTS** |
| CELLCO PARTNERSHIP | ) ) | |
| Respondent. | ) ) | |

FROM THE PEOPLE OF THE STATE OF TEXAS

To:     EQUIFAX INFORMATION SERVICES LLC

GREETINGS:

　　　WE COMMAND YOU that, all business and excuses being laid aside, you and each of you appear at the time, date, and place set forth below to provide documents described on Exhibit 1 and Exhibit 2 and to testify at a deposition to be taken in this action:

**Place:  ZEMEL LAW**  
**660 BROADWAY**  
**PATERSON, NJ 07514**

**Date and Time:**

**September 11, 2020 at 11:00 a.m. EST**

Signed: _Sylvia A. Matthews_  
　　　　　Hon. Sylvia A. Matthews, Arbitrator

Signed on: 8.11.2020

Requested by:  Steve Casas  
Daniel Zemel, Esq.  
　　　　Name of Representative  
660 Broadway, Paterson New Jersey      07514  
Address                                                   Zip Code  
(862) 227-3106  
　　　　Telephone  
Dated:  August 11, 2020

**Exhibit 1 to Equifax Subpoena**

1. Information explaining the meaning of all ACDV transmissions to and received from Cellco between 2016 and 2019, concerning Claimant.
2. Information concerning documents produced to Cellco between 2016 and 2019, concerning Claimant.
3. Information on how duplicate disputes are transmitted to furnishers of information such as Cellco.
4. Information concerning all communications to and from Cellco between 2016 and 2019 concerning Claimant.
5. Information on how duplicate trade lines impact consumer credit worthiness.
6. Information on how furnishers are to handle/prevent the reporting of duplicate information.

**Exhibit 2 to Equifax Subpoena**

1. All communications between Cellco and Equifax during 2016 and 2019 concerning Claimant.
2. All correspondence between Equifax and Mr. Casas during 2016 and 2019.
3. Monthly frozen scan credit reports from February 2018 through November 2018 concerning Claimant.