## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN CASAS, individually, and on behalf of all other similarly situated consumers, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO:  4:18-CV-04444 |
| EQUIFAX INFORMATION SERVICES LLC; VERIZON WIRELESS; JEFFERSON CAPITAL SYSTEMS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SUBPOENA

Upon consideration of Plaintiff Steven Casas's Motion to Enforce an arbitration subpoena and Defendant Equifax Information Services LLC's Response, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Motion to Enforce is **DENIED**.


Dated this _____ of _____, 2021.


_____
United States Magistrate Judge Frances H. Stacy