United States District Court
Southern District of Texas
**ENTERED**
March 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN CASAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4444 |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC, *ET AL.*, | § § | |
| | § | |
| Defendants. | § | |

### ORDER

Jury trials have been postponed in the Houston Division of this Court at least until May 10, 2021, due to the COVID-19 Pandemic. When jury trials do resume, criminal cases will have precedence. It is now evident that this case cannot be reached for trial in April, and that the docket call date of April 2, 2021 must be postponed. It is therefore

ORDERED that this case is RE-SET for Docket Call as follows:

Date: *June 4, 2021*
Time: *4:00 p.m.*

*U.S. Courthouse & Federal Building*
*Courtroom 11D*
*515 Rusk Avenue*
*Houston, Texas 77002*

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 26th day of March, 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE