IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN CASAS, individually and on behalf of all other similarly situated consumers, | ) ) ) | Case No.: 4:18-cv-4444 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **STATUS REPORT** |
| EQUIFAX INFORMATION SERVICES LLC, VERZON WIRELESS, JEFFERSON CAPITAL SYSTEMS LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**COME NOW**, Plaintiff, Steven Casas ("Plaintiff"), by and through undersigned counsel, respectfully submit this report regarding a proposed motion to lift the stay. Plaintiff and Defendant Equifax Information Services, LLC, have reached an agreement concerning Plaintiff's Motion to Compel, thus, obviating the need to file a motion to lift the stay.

Dated:  April 16, 2021.

                                                     Respectfully Submitted,

                                                     */s/ Daniel Zemel*
                                                     Daniel Zemel, Esq.
                                                     ZEMEL LAW LLC
                                                     660 Broadway
                                                     Paterson, New Jersey 07514
                                                     T: 862-227-3106
                                                     DZ@zemellawllc.com
                                                     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2021 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

/s/ Daniel Zemel
Daniel Zemel, Esq.
